

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00609-CR

| | | |
|---|---|---|
| Matthew Lee Barnett | § | From the 355th District Court |
| | § | of Hood County (CR12446) |
| | § | June 18, 2015 |
| v. | § | Opinion by Justice Meier |
| | § | Dissent by Justice Dauphinot |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
    Justice Bill Meier